[No. 41210-1-II.   Division Two.   October 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MYRON ALEX
LOZIER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 10-1-01133-3, Vicki L. Hogan, J., entered September 17, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Johanson, J.

[No. 41406-6-II.   Division Two.   October 18, 2011.]

FIRST-CITIZENS BANK & TRUST COMPANY, *Respondent*, v. VIENNE
CORDET ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 10-2-13163-4, Thomas P. Larkin, J., entered November 5, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Hunt and Van Deren, JJ.

[No. 41455-4-II.   Division Two.   October 18, 2011.]

TRISHA MARIE DUVALL ET AL., *Respondents*, v. GEROLDINE JOYCE
LAEMMLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 10-2-03335-7, Linda CJ Lee, J., entered October 15, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 41479-1-II.   Division Two.   October 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC SERGIO
BATACAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-00217-4, Paula Casey, J., entered October 28, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Johanson, JJ.